[No. 35959-2-I.    Division One.    June 24, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. SEAN D. ANDERSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 93-1-07608-4, Brain D. Gain, J., entered January 18, 1995. *Reversed* by unpublished per curiam opinion.

[No. 14023-7-III.    Division Three.    June 25, 1996.]

THE CITY OF PROSSER, *Respondent*, v. LYLE R. RATCLIFFE, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Benton County, No. 90-2-00262-1, Fred R. Staples, J., entered March 31, 1994. *Dismissed* by unpublished per curiam opinion.

[No. 14586-7-III.    Division Three.    June 27, 1996.]

*In the Matter of the Marriage of* HEATHER McCRAY, *Appellant*, and EDWARD R. PEER, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 94-3-01628-6, Robert Leeds, Pro Tem. Com., entered December 9, 1994. *Affirmed* by unpublished opinion per Sweeney, C.J., concurred in by Thompson and Schultheis, JJ.

[Nos. 17217-8-II; 18256-4-II;    Division Two.    June 28, 1996.]
19052-4-II.

*In the Matter of the Marriage of* ALDOREN F. KAUZLARICH, *Appellant*, and RAELENE JO ADOLF, *Respondent*.

Appeals from judgments of the Superior Court for Pierce County, No. 85-5-00087-7, Terry D. Sebring, J., entered May 28, 1993. *Reversed* by unpublished opinion per Bridgewater, J., concurred in by Turner and Armstrong, JJ.